# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

**MEMO ENDORSED**

November 12, 2019

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Villar v. AHRC Home Care Services, Inc., et al.*
Case No. 18-cv-9174 (JGK)(OTW)

Dear Judge Wang:

We are counsel for Plaintiff in the above-referenced action and submit this letter jointly with counsel to Defendants in response to Your Honor's Order, dated November 12, 2019. Dkt. # 36.

As the Court is aware, a class action settlement was reached in the above-referenced matter. The parties respectfully request that the Court grant Plaintiff's proposed briefing schedule as follows: to file Plaintiff's Unopposed Motion for Preliminary Approval of a Class Action Settlement by December 31, 2019. As any date for notice mailing, motion for final approval of the class action settlement, and final approval hearing is subject to the Court's approval of the Unopposed Motion for Preliminary Approval, the parties will supplement such dates and request the Court So Order such dates in Plaintiff's Unopposed Motion for Preliminary Approval.

Therefore, the parties respectfully request that the Court Order the above proposed briefing schedule and adjourn the parties' pretrial conference set for November 14, 2019 at 10:30am.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

**Application GRANTED.** Plaintiff's motion shall be filed by December 31, 2019. The November 14, 2019 conference is hereby adjourned sine die.

**SO ORDERED.**

_____
Ona T. Wang          11/12/19
U.S. Magistrate Judge