# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1180
anne@leelitigation.com

January 2, 2020

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Villar v. AHRC Home Care Services, Inc., et al.*
Case No. 18-cv-9174 (JGK)(OTW)

Dear Judge Wang:

We are counsel for Plaintiff in the above-referenced action and submit this letter jointly with counsel to Defendants in response to Your Honor's Order, dated November 12, 2019. Dkt. # 38.

As the Court is aware, a class action settlement was reached in the above-referenced matter and the parties have been working diligently to finalize such settlement. However, due to the complexity of the class settlement terms and intervening holidays and calendar conflicts, the parties need additional time to finalize the terms of the settlement and file a motion for its preliminary approval. Therefore, the parties respectfully request that the Court extend the deadline for Plaintiff to file their Unopposed Motion for Preliminary Approval of a Class Action Settlement to January 31, 2020.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

**Application GRANTED.** Plaintiff shall file his motion by January 31, 2020.

**SO ORDERED.**

_____
Ona T. Wang          1/3/20
U.S. Magistrate Judge