# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

**MEMO ENDORSED**

> **Application GRANTED.** The parties shall submit their motion for preliminary approval by February 14, 2020.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang         2/4/20
> U.S. Magistrate Judge

January 31, 2020

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Villar v. AHRC Home Care Services, Inc., et al.*
      18-cv-9174 (JGK)(OTW)

Dear Judge Wang:

    This law firm represents Defendants in the above-referenced matter. I write on behalf of the parties to request a two-week extension of time to submit the motion for preliminary approval of the class settlement in this matter. The parties are working in good faith to negotiate and finalize the written settlement terms. Counsel for the parties have traded proposals and await the parties' approval of the final terms. This is the second such request and affects no other dates or deadlines.

    Thank you.

Very truly yours,

Arthur J. Robb

Cc:   CK Lee, Esq.