IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO VILLAR, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>         Plaintiff,<br> v.<br><br>AHRC HOME CARE SERVICES, INC. and NYSARC, INC.,<br><br>         Defendants. | No. 18-cv-09174 |

**NOTICE OF PLAINTIFF'S MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiff's Motion for Preliminary Approval ("Lee Declaration"), Plaintiff respectfully requests that the Court enter an Order:

  (1) granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), **Exhibit A** to the Lee Declaration;

  (2) conditionally certifying the settlement class under Federal Rule of Civil Procedure 23(b)(3) and 29 U.S.C. § 216(b);

  (3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiff's Counsel") as Class Counsel;

(4)     appointing Advanced Litigation Strategies, LLC as Claims Administrator;

(5)     approving the proposed Notice of Class Action Settlement, **Exhibit A** to the Settlement Agreement;

(6)     approving Plaintiff's proposed schedule for final settlement approval and setting a date for the Fairness Hearing and related dates; and

(7)     granting such other, further, or different relief as the Court deems just and proper.

*     *     *

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit A** hereto, for the Court's convenience.

Dated: February 14, 2020
       New York, New York

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:     */s/ C.K. Lee*_____
        C.K. Lee, Esq.
        148 West 24th Street, Eighth Floor
        New York, NY 10011
        (212) 465-1188
        *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*