# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-661-1008
anne@leelitigation.com

October 27, 2020

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Villar v. AHRC Home Care Services, Inc. et al.*
Case No.: 18-cv-09174

Dear Judge Wang:

As discussed during the teleconference on October 20, 2020, attached please find:

1. The Parties' executed Addendum to the Settlement Agreement and Release ("Addendum") (Exhibit A); and

2. A revised proposed Order, in both blackline, to show changes (Exhibit B), and clean copy (Exhibit C).

In view of the foregoing and for the reasons discussed during the teleconference, we respectfully request the Court to grant Plaintiff's motion for preliminary approval of the Settlement Agreement and Release, as amended by the Addendum.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

Encl.