# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

January 20, 2021

**Via ECF**
The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Villar v. AHRC Home Care Services, Inc. et al.*
Case No.: 18-cv-09174

Dear Judge Wang:

Pursuant to the Court's instruction at Dkt. 63, we write, jointly with counsel to Defendants to provide the Court with an update on the status of this matter.

Pursuant to the Court's Order granting preliminary approval, the administrator mailed the Court-approved Notices to Class Members on December 4, 2020. The deadline for individuals to opt-out or object was January 5, 2021. As of this date, no individuals have objected to the settlement, and 6 individuals have opted out (all of which opt outs have been docketed). We will provide the Court with updated results, if any, in connection with the final approval motions.

Pursuant to the schedule set forth in Plaintiff's motion for preliminary approval and the Court's subsequent Orders, Plaintiff will file its final approval motions by February 8, 2021, 15 days prior to the final approval hearing scheduled for February 23, 2021.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.