UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FRANCISCO VILLAR, on behalf of himself and,
FLSA Collective Plaintiffs and the Class,

                                          Plaintiff,

                   -against-

AHRC HOME CARE SERVICES, INC. and
NYSARC, INC.,

                                      Defendants.

------------------------------------------------------------x

18-CV-9174 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

At the February 23, 2021 Fairness Hearing, Plaintiff's counsel stated that "the $50,000 in admin fees is being paid separate from the settlement fund. So it's not going to cut into the amount the class members are receiving." (ECF 81). The proposed order granting certification of the settlement states "[t]he Court approves and finds reasonable the payment of the Settlement Administrator's fees in the amount of $50,000, which shall be paid out of the Settlement Fund, according to the terms of the Parties Settlement." (ECF 73-1 ¶ 17).

By **March 18, 2021**, Plaintiff shall file an amended proposed order consistent with the terms of the settlement.

**SO ORDERED.**

Dated: March 11, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge