UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FRANCISCO VILLAR, on behalf of himself and,  :
FLSA Collective Plaintiffs and the Class,    :
                                             :   18-CV-9174 (OTW)
                      Plaintiff,  :
                                             :   **ORDER**
        -against-                  :
                                             :
AHRC HOME CARE SERVICES, INC. and            :
NYSARC, INC.,                                :
                                             :
                      Defendants.  :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's September 20th, 2021 letter (ECF 86) identifying all individuals who endorsed, deposited or cashed their settlement checks pursuant to the terms of the Settlement Agreement, and Plaintiff's September 20th, 2021 confidential hard-copy submission of copies of all endorsed, deposited and cashed checks.

During the Settlement Agreement period, the Court has received at least one inquiry from a class member's daughter ("Tanya Holiday") (ph) about what to do with uncashed checks received by her now-deceased mother. Ms. Holiday informed Chambers that C.K. Lee, Plaintiff's counsel, directed Ms. Holiday to call Chambers directly for guidance.

Before the Court issues an Order dismissing the litigation with prejudice pursuant to the Addendum to the Settlement Agreement, the Court shall hold an in-person status conference to address this issue and any other issues on **October 6, 2021 at 2:00 p.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

Dated: October 1, 2021
New York, New York

  _s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge